103 A.3d 1215

IN THE MATTER OF CARL D. GENSIB, AN ATTORNEY
AT LAW (ATTORNEY NO. 029931990).

December 12, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–006, concluding that **CARL D. GENSIB** of **NORTH BRUNSWICK,** who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), *RPC* 7.1(a) (false or misleading communication about the lawyer, the lawyer's services, or any matter in which the lawyer has or seeks a professional involvement), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court having determined on its own motion, pursuant to *Rule* 1:20–16(b), to review the matter, and having concluded that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **CARL D. GENSIB** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.